```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,
                                              ORDER
        - against -
                                        01 Cr. 0450 (NRB)
RALIEK MOORE, JR.,                      12 Civ. 5854 (NRB)

                Defendant.
-------------------------------X
RALIEK MOORE, JR.,

                Petitioner,

        - against -

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


  **WHEREAS** on December 8, 2020, the Court filed an order reciting the Court's efforts to ascertain whether a successive 28 U.S.C. § 2255 motion ("Motion") would be filed, setting a final date of December 18, 2020 for such Motion, and advising that if the Motion was not filed by that date, the case would be dismissed; and

  **WHEREAS** as of the date of this Order, the Motion has not been filed; it is hereby

  **ORDERED** that the case bearing the docket number 12 Civ. 5854 is dismissed.

**SO ORDERED.**

Dated:    New York, New York
          December 21, 2020

                                                                                           NAOMI REICE BUCHWALD
                                                                                          UNITED STATES DISTRICT JUDGE